EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR NO. CR03 00357 SOM |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | [18 U.S.C. § 922(g)(1)] |
| ROBERT L. BAKER, | ) | |
| Defendant. | ) | |

I N D I C T M E N T

<u>Count 1</u>
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about July 2, 2003, in the District of Hawaii, defendant ROBERT L. BAKER, then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Mossberg 12 gauge shotgun, bearing Serial Number J934000.

All in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

<u>Count 2</u>
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about July 2, 2003, in the District of Hawaii, defendant ROBERT L. BAKER, then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting

//
//
//
//
//
//
//
//

commerce ammunition, to wit: nineteen (19) rounds of .12 gauge shotgun ammunition.

All in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: July 16, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. ROBERT L. BAKER
Cr. No.
"INDICTMENT"