AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

770573

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00357SOM-01 |
| ROBERT L. BAKER | |
| (Name and Address of Defendant) | |

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 11 2006
at 8 o'clock 30 min. AM
SUE ___ CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ROBERT L. BAKER and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

RECEIVED 2006 NOV 13 AM 10: 21 U.S. MARSHALS SERVICE HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | NOVEMBER 13, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL WARRANT     By: Susan Oki Mollway, United States District Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| Date Received 11/13/06<br>Date of Arrest 12/8/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Tony Cole<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>Tony Cole |