# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00357SOM

CASE NAME:        USA vs. Robert L. Baker

ATTYS FOR PLA:    Darren Ching
                  J. Martin Romualdez (USPO)

ATTYS FOR DEFT:   Loretta Faymonville

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 12/12/2006 | TIME: | 9:45 - 10:05 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Robert L. Baker present and in custody.

Defendant admits to violation no. 2; admits to missing drug tests as alleged in violation no. 1 but denies that he missed them "willfully;" and neither admits, nor denies violation no. 3.

Parties stipulate to the proposed testimony of USPO Romualdez.

Court finds that there is sufficient evidence to support violations 1 and 2.

Court continues this hearing to 1/3/07 @ 9:45 a.m. in order to allow the defendant to research violation no. 3, and what options are available to the defendant.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.