# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/11/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00357SOM |
| CASE NAME: | USA vs. Robert L. Baker |
| ATTYS FOR PLA: | Darren Ching<br>J. Martin Romualdez (USPO) |
| ATTYS FOR DEFT: | Loretta Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/11/2007 | TIME: | 11:15 - 11:50 |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Robert L. Baker present and in custody.

Discussion held re: status of violation no. 3.

Defendant admits that he did not participate in a mental health program as stated in violation no. 3, but that the violation was not willful.

Government's Witness: Martin Romualdez CST .

Based on the Defendant admission, and Mr. Romualdez's uncontested testimony, the Court finds that there is sufficient evidence to support violation #3.

Court had previously found that there was sufficient evidence to support violation nos. 1 and 2.

Government requests that the Defendant be allowed to participate in the Po'alani Dual Diagnosis Treatment Program, and that this OSC be continued for a further hearing.

Discussion held.

Annette Metcalf addressed the Court re: the Po'alani Treatment Program.

Court finds that the defendant did violate violations nos. 2 and 3.

Court nullifies it's earlier finding re: violation no. 1, and it's ruling is held in abeyance.

This hearing is continued to 4/26/07 @ 1:30 p.m. in order to review to Defendant's progress at Po'Ailani.

Defendant to remain at FDC Honolulu until availability of bedspace at Po'ailani.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.