# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/30/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00357SOM |
| CASE NAME: | United States of America Vs. Robert L. Baker |
| ATTYS FOR PLA: | Darren Ching and Robin DeMello-Probation Officer |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 04/30/2007 | TIME: | 9:51am-10:14am |

COURT ACTION:  EP: Continue Order to Show Cause Why Supervised Release should not be Revoked-Defendant's presence is hereby Waived.

At a Previous hearing on 1/11/2007- Court had found that the defendant did violate violations Nos. 2 and 3.

Court hereby finds no findings as to violation No. 1.

These Violations are to be held in abeyance until moved on.

The existing Special Conditions of Supervised Release that were previously ordered are to remain unchanged with the Additions of Two Additional Conditions of Supervised Release-

>That the defendant shall participate in the residential dual-diagnosis treatment program at Po'oilani, including any aftercare that may be deemed necessary, until he is clinically discharged.

That the defendant shall remain on the island of Oahu, at least until he successfully completes all treatment programs and up to the entire term of his supervised release, unless otherwise approved by the Probation Office. The defendant must demonstrate that he has a suitable residence and verifiable employment at any proposed destination outside of the island of Oahu.

Submitted by Leslie L. Sai, Courtroom Manager