PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE #3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
ROBERT BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 03-0357 SOM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | MOTION TO MODIFY |
| | ) | CONDITIONS OF SUPERVISED |
| vs. | ) | RELEASE; EXHIBITS A-B; |
| | ) | CERTIFICATE OF SERVICE |
| ROBERT BAKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

COMES NOW the defendant, ROBERT BAKER , through counsel,

Loretta A. Faymonville, Assistant Federal Defender, and moves this Honorable

Court to allow him to participate in the Po'Ailani After Care Program on the Big Island.

   In support of this Motion, Defendant states as follows:

   (1) On April 30, 2007, this Court ordered that Mr. Baker participate in the residential dual -diagnosis program at Po'Ailani, including aftercare.

   (2) Mr. Baker successfully completed the Po'Ailani Day Treatment Program on July 5, 2007 and was admitted to the Intensive Outpatient Program. <u>See Exhibts A-B attached letters from Po'Ailani.</u>

   (3) Mr. Baker is now almost ready to enter the Po'Ailani After Care Program. Po'Ailani has an After Care Program on the Big Island, which is Mr. Baker's home.

   (4) Mr. Baker wants to participate in the After Care Program on the Big Island. The benefit of this, as indicated in the August 9, 2007 letter referenced above and attached hereto is that Mr. Baker's family is on the Big Island and he would be able to continue working on rebuilding his relationships with his family and have their support.

For the reasons set forth above, it is respectfully requested that Mr. Baker be permitted to participate in the Po'Ailani After Care Program on the Big Island.

DATED: Honolulu, Hawaii, August 10, 2007.

/s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
ROBERT BAKER

# CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on August 10, 2007:

DARREN CHING                                       [Electronic Filed]
Assistant United States Attorney
300 Ala Moana Blvd., Suite 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

MARTIN ROMUALDEZ                                   [Hand-Delivered]
United States Probation Officer
300 Ala Moana Blvd., C-110
Honolulu, Hawaii  96850

/s/ Christina Fuller
CHRISTINA FULLER
Legal Secretary to
LORETTA A. FAYMONVILLE
Attorney for Defendant
ROBERT BAKER