**DUAL DIAGNOSIS TREATMENT CENTER**

**OAHU**

ADMINISTRATION OFFICE
1005 Keolu Drive
Ground Floor
Kailua, Hawaii 96734
Phone 808 263-3500
Fax 808 263-3508

INTAKE OFFICE
74 Kihapai Street
Kailua, Hawaii 96734
Phone 808 262-2799
Fax 808 262-0970

COMMUNITY BASED RESIDENTIAL PROGRAM
553 Kawainui Street
Kailua, Hawaii 96734
Phone 808 263-1065
Fax 808 263-3157

OUTPATIENT CLINIC
74 Kihapai Street
Kailua, Hawaii 96734
Phone 808 261-8741
Fax 808 261-0666

GROUP HOUSING PROGRAMS.
24-HOUR      Kihapai
Phone 808 261-6494
Fax 808 262-9229
24-HOUR      Pahia
Phone 808 247-8654
Fax 808 247-8923
8/16 HOUR    Pahia
Phone 808 247-1517
Fax 808 247-1519
8/16 HOUR    Punaa
Phone 808 263-8134
Fax 808 261-6183

**KAILUA-KONA**

OUTPATIENT CLINIC
75-5759 Kuakini Hwy. #101
Kailua-Kona, HI 96740
Phone 808 334-0304
Fax 808 334-0305

GROUP HOUSING PROGRAMS,
24-HOUR      Kona
Phone 808 329-8431
Fax 808 329-8463
8/16 HOUR    Kona
Phone 808 329-4187
Fax 808 331-8567

July 12, 2007

Federal Attorney
Attn: Lori Faymonville
Phone: 541-2521
Fax: 541-3545

**Re: Robert Baker**

Dear Ms. Faymonville,

This letter is to inform you of Robert Baker's successful completion of the Po'ailani, Inc. Day Treatment Program and admittance into the Po'ailani, Inc. Intensive Outpatient Treatment Program on July 5, 2007.

Intensive Outpatient classes are held on Mondays and Wednesdays from 4:30 pm through 7:30 pm and Thursdays from 1:00 pm through 4:00 pm. Mr. Baker will be expected to be present for all activities and will be required to provide verification when absent from the program. Additionally, he will be required to submit verification of Alcoholics Anonymous (AA) and/or Narcotics Anonymous (NA) meeting attendance.

While we understand that Mr. Baker may have to participate in other scheduled services during his participation in treatment with Po'ailani, Inc., we request that – when at all possible – appointments are made with him during non-treatment hours. This will allow Mr. Baker to receive all possible benefits of his treatment with Po'ailani, Inc.

If you have any questions or concerns, please contact Mr. Baker's Intensive Outpatient Treatment counselor, Greg Lippert at 261-8741.

Sincerely,

*Laura Kaneakua, CSAC*

Laura Kaneakua, CSAC
Outpatient Treatment Counselor

  

DEFENDANT'S EXHIBIT A

An Aloha United Way Agency, Partially funded by the State of Hawaii Department of Health, CARF Accreditation
Website: www.poailani.org