

**DUAL
DIAGNOSIS
TREATMENT
CENTER**

**OAHU**

ADMINISTRATION/
INTAKE OFFICE
1005 Keolu Drive
Ground Floor
Kailua, Hawaii 96734
Phone 808 262-2799
Fax 808 262-0970

COMMUNITY
BASED RESIDENTIAL
PROGRAM
553 Kawainui Street
Kailua, Hawaii 96734
Phone 808 263-1065
Fax 808 263-3157

OUTPATIENT CLINIC
74 Kihapai Street
Kailua, Hawaii 96734
Phone 808 261-8741
Fax 808 261-0666

GROUP HOUSING
PROGRAMS.
24-HOUR    Kailua
Phone 808 261-6494
Fax 808 262-9229
24-HOUR    Pahia
Phone 808 247-8654
Fax 808 247-8923
8/16 HOUR    Kailua
Phone 808 263-8134
Fax 808 261-6183

**KAILUA-KONA**

OUTPATIENT CLINIC
75-5759 Kuakini Hwy. #101
Kailua-Kona, HI 96740
Phone 808 334-0304
Fax 808 334-0305

GROUP HOUSING
PROGRAMS.
24-HOUR    Kona
Phone 808 329-8431
Fax 808 329-8463
8/16 HOUR    Kona
Phone 808 329-4187
Fax 808 331-8567

August 9, 2007

Ms. Lori Faymonville
Federal Public Defender

Dear Ms. Faymonville,

This letter is to inform you of Robert Baker's progress in Po'ailani, Inc. Dual Diagnosis Intensive Outpatient Treatment Program. Mr. Baker was admitted to the Intensive Outpatient (IOP) Program on July 5, 2007 after successfully completing day treatment.

To date, Mr. Baker is a client in good standing. He has attended all but one day of IOP. This one absence was due to having a medical procedure done and needed to rest. Mr. Baker appears motivated with completing treatment and continuing his ongoing recovery. He has actively participates in a positive manner in groups and individual sessions, gives supporting feedback to peers, recognizes the importance of taking responsibility and being accountable for his behaviors. Additionally, all random urinalyses obtained have returned negative.

Mr. Baker has expressed a desire to return to the Big Island to continue treatment with our After Care program. Mr. Baker's family is on this island and he would be able to continue working on rebuilding his relationships with his family and get their support.

If you have any questions, please call me at 261-8741, ext 704.

Respectfully,

Greg Lippert, BA, Counselor
Intensive Outpatient / After Care Counselor

Cc
Mr. Roumaldez, Federal PO
Mr. Agar, State PO



  

An Aloha United Way Agency, Partially funded by the State of Hawaii Department of Health, CARF Accreditation
Website: www.poailani.org