PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE  #3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:     loretta_faymonville@fd.org

Attorney for Defendant
ROBERT L. BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00357 SOM |
| | ) | |
| Plaintiff, | ) | WITHDRAWAL OF MOTION TO |
| | ) | MODIFY CONDITIONS OF |
| vs. | ) | SUPERVISED RELEASE; |
| | ) | CERTIFICATE OF SERVICE |
| ROBERT L. BAKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**WITHDRAWAL OF MOTION TO MODIFY CONDITIONS OF
SUPERVISED RELEASE**

COMES NOW the defendant, Robert L. Baker, through counsel, Loretta A. Faymonville, Assistant Federal Defender, and withdraws his Motion To

Modify Conditions of Supervised Release filed on August 10, 2007, and set to be heard before the Honorable Susan Oki Mollway on August 30, 2007, at 9:00 a.m.

DATED: Honolulu, Hawaii, August 16, 2007.

    /s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
ROBERT L. BAKER

# CERTIFICATE OF SERVICE

I, LORETTA A. FAYMONVILLE, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on August 16, 2007:

Served Electronically through CM/ECF:

DARREN CHING
darren.ching@usdoj.gov
Assistant United States Attorney
300 Ala Moana Boulevard, Suite 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

Served by hand-delivery:

J. MARTIN C. ROMUALDEZ
United States Probation Officer
300 Ala Moana Boulevard, Room C-110
Honolulu, Hawaii  96850

       /s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
ROBERT L. BAKER