CORRESPONDENCE



CR03-357

Robert L. Baker
90650-022
FDC Honolulu
351 Elliot St
Honolulu, HI 96820

**Notices**

1:03-cr-00357-SOM USA v. Baker **CASE CLOSED on 10/18/2004**

## U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered on 8/13/2007 at 9:48 AM HST and filed on 8/13/2007
**Case Name:** USA v. Baker
**Case Number:** 1:03-cr-357
**Filer:**
**Document Number:** 49(No document attached)

**Docket Text:**
NOTICE OF HEARING ON MOTION in case as to Robert L. Baker [48] MOTION to Modify Conditions of Release : by Robert L. Baker. Motion Hearing set for 8/30/2007 09:00 AM before JUDGE SUSAN OKI MOLLWAY. cc: all counsel electronically or by mail.(tbf, )


**1:03-cr-357-1 Notice has been electronically mailed to:**
Loretta A. Faymonville Loretta_Faymonville@fd.org, christina_fuller@fd.org, fpdhi@hotmail.com
Darren W.K. Ching Darren.Ching@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, Valerie.Domingo@usdoj.gov
Wes Porter wes.porter@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, cheri.abing@usdoj.gov

**1:03-cr-357-1 Notice will not be electronically mailed to:**